**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　Case No. 06-cr-106-01-PB

<u>Craig Marcotte</u>

**O R D E R**

The defendant, through counsel, has moved to continue the August 15, 2006, trial in the above case citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason, and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 15, 2006, to October 3, 2006.  In agreeing to continue the trial, the court finds, pursuant to 18 U.S.C.A. § 3161(h)(8)(A), that for the above-stated reasons the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 8, 2006, final pretrial conference is continued to September 26, 2006, at 4:00 p.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

July 31, 2006

cc: Tony F. Soltani, Esq.
    Helen Fitzgibbon, AUSA
    United States Probation
    United States Marshal