```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                  Case No. 06-cr-106-01-PB

<u>Craig Marcotte</u>


<u>**O R D E R**</u>

The defendant has moved to continue the October 3, 2006 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 3, 2006 to December 5, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 26, 2006 final pretrial conference is continued until November 20, 2006 at 3:45 p.m.

SO ORDERED.

>                                       /s/Paul Barbadoro
>                                       Paul Barbadoro
>                                       United States District Judge

September 21, 2006

cc:   Tony Soltani, Esq.
      Helen Fitzgibbon, AUSA
      United States Probation
      United States Marshal