```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                        Case No. 06-cr-106-PB

**Craig Marcotte**

**O R D E R**

The defendant has moved to continue the December 5, 2006 trial in the above case, citing the need for additional time to engage in plea negotiations.  The government does not object to a continuance of the trial date.

In order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from December 5, 2006 to January 9, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on December 19, 2006 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 21, 2006

cc:  Tony Soltani, Esq.
     Helen Fitzbiggon, AUSA
     United States Probation
     United States Marshal