**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

   **v.**                                                          Case No. 06-cr-106-PB

<u>Craig Marcotte</u>


**O R D E R**


     The defendants have moved to continue the January 9, 2007 trial in the above case, citing the need for additional time to pursue further negotiations in this matter and in the pending state case.  The government does not object to a continuance of the trial date.

     Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 9, 2007 to February 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

This is defendant's fourth request for a continuance of the trial.  Accordingly, no further continuances shall be allowed.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

January 5, 2007

cc:   Tony Soltani, Esq.
       Helen Fitzgibbon, AUSA
       United States Probation
       United States Marshal